■ RONBET COMPANY, Appellant, v CITY OF NEW YORK, Respondent. — Judgment, Supreme Court, New York County (Allen Myers, J.), entered on June 22, 1984, unanimously affirmed, without costs and without disbursements; and appeal from order of said court entered on June 5, 1984 dismissed as having been subsumed in the appeal from the aforesaid judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Fein, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH DE SANTIS, Also Known as JERRY DE SANTIS, Appellant. — Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on March 16, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Ross, Asch and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN RIVERS, Appellant. — Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered on March 22, 1983, unanimously affirmed.